**Vinnie Dunnell WILLIAMS,
Petitioner–Appellant,**

v.

**R.A. PURDUE, Respondent–Appellee.**

No. 13–6100.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 17, 2013.

Decided: May 23, 2013.

Vinnie Dunnell Williams, Appellant Pro Se. Helen Campbell Altmeyer, Jarod James Douglas, Assistant United States Attorneys, Wheeling, West Virginia, for Appellee.

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vinnie Dunnell Williams, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Williams v.*

*Purdue,* No. 3:12–cv00065–GMG–JSK (N.D.W.Va. Jan. 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*